

# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2022

No. 04-21-00149-CV

Nasser **NAKISSA**,
Appellant

v.

Sarah E. **MENCHACA**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-19593
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

Sitting:    Beth Watkins, Justice
Liza A. Rodriguez, Justice
Lori I. Valenzuela, Justice

On January 25, 2022, we issued an order stating that appellant had not timely filed his brief. On January 27, 2022, appellant contacted this court and stated that he intended a letter he filed on November 13, 2021 to serve as his brief. Appellant's November 13, 2021 letter violates several requirements of the Texas Rules of Appellate Procedure. Specifically, the letter brief:

- is not double spaced. *See* TEX. R. APP. P. 9.4(d);
- does not contain a certificate of service. *See* TEX. R. APP. P. 9.5(d), (e);
- does not "give a complete list of all parties to the trial court's judgment or order appealed from, and the names and addresses of all trial and appellate counsel[.]" *See* TEX. R. APP. P. 38.1(a);
- does not contain a table of contents or index of authorities. *See* TEX. R. APP. P. 38.1(c);
- does not "state concisely the nature of the case . . . the course of proceedings, and the trial court's disposition of the case." *See* TEX. R. APP. P. 38.1(d);
- does not "state concisely all issues or points presented for review." *See* TEX. R. APP. P. 38.1(f);
- does not contain a statement of facts "supported by record references" or "a clear and concise argument for the contentions made, with appropriate citations to authorities and to the [appellate] record." *See* TEX. R. APP. P. 38.1(g), 38.1(i);

- does not "contain a short conclusion that clearly states the nature of the relief sought." *See* TEX. R. APP. P. 38.1(j); and
- is not accompanied by an appendix containing copies of the documents required by Texas Rule of Appellate Procedure 38.1(k). *See id.* R. 38.1(k).

Accordingly, we **ORDER** appellant's November 13, 2021 brief **STRICKEN**. We **ORDER** appellant to file an amended brief in this court complying with Rules 9.4 and 38.1 by **February 28, 2022** or this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.9, 42.3.

It is so **ORDERED** January 28, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT